IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **CLIFTON C. HOYT,** § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | No. 3:24-cv-00177-LS |
| § | |
| **EASI LEYVA,** § | |
| § | |
| Respondent. § | |

## DISMISSAL ORDER

*Pro se* petitioner Clifton C. Hoyt mailed a complaint to this court seeking a "writ of mandamus" to compel his state parole officer to mail another one of Hoyt's new lawsuits to the Northern District of Texas at a cost of $12.00 - $15.00 in postage. He seeks to proceed *in forma pauperis* ("IFP") but did not file "an affidavit that includes a statement of all assets [Mr. Hoyt] possesses that [he] is unable to pay such fees or give security therefor" nor "a certified copy of the trust fund account statement (or institutional equivalent) for [Mr. Hoyt] for the 6-month period immediately preceding the filing of the complaint or notice of appeal" as required by statute.[1] I ordered Mr. Hoyt to either pay the filing fee or file the required documents by July 17, 2024.[2] I also ordered the clerk to send an IFP application to Mr. Hoyt along with my order.[3] Finally, I warned Mr. Hoyt that failure to comply with the order would result in the denial of IFP status and dismissal of his lawsuit for want of prosecution.[4]

---

[1] ECF No. 2 at 1 (citing 28 U.S.C. §§ 1915(a)(1)–(2) (parenthetical in original)).
[2] *Id.* at 1–2.
[3] *Id.* at 2.
[4] *Id.*

"A district court *sua sponte* may dismiss an action for failure to prosecute or to comply with any court order."[5] Mr. Hoyt did not file the required materials or pay the filing fee by July 17, seek an extension to do so, or comply with the Court's order in any respect. Accordingly, I **DENY** Mr. Hoyt IFP status and **DISMISS** this case without prejudice for want of prosecution. The Clerk shall close the case.

    **SO ORDERED.**

    **SIGNED** and **ENTERED** on July 26, 2024.

                                                **LEON SCHYDLOWER**
                                                **UNITED STATES DISTRICT JUDGE**

---

[5] *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (citing Fed. R. Civ. P. 41(b); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988)).